# Court of Appeals
# of the State of Georgia

ATLANTA,   April 08, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0277.  AARON HUBBARD v. THE STATE.**

Aaron Hubbard pled guilty to driving on a suspended license, and the trial court sentenced him to 12 months to serve on probation.  The State filed a petition to revoke probation based on Hubbard's failure to pay a fine and probation costs. Following a hearing, the trial court entered an order on January 22, 2014 continuing the hearing to a later date to give Hubbard time to pay the amount due.  Hubbard filed this application for discretionary appeal on March 14, 2014.  We lack jurisdiction for two reasons.

First, Hubbard's application is untimely. An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989). Hubbard filed his application 51 days after entry of the order he seeks to appeal.

Second, the trial court's order continuing the matter is not final. And "a party seeking appellate review from an interlocutory order must follow the interlocutory-application subsection, OCGA § 5-6-34 (b), seek a certificate of immediate review from the trial court, and comply with the time limitations therein." (Citation omitted.) *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996); see also *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). OCGA § 5-6-35, which governs discretionary appeal procedure, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-

34 (b). See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996).

For these reasons, we lack jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/08/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen _, Clerk.